UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-07096 SJO (JCx) | Date | October 21, 2016 |
|---|---|---|---|
| Title | Dave Alan, etc., v. Green Air Solutions Inc., et al. | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Reporter | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     IN CHAMBERS :

The Court has reviewed the Notice of Settlement [ECF #9] filed 10/20/2016, indicating that the parties have reached a settlement in principle and are currently preparing a settlement agreement.  Accordingly, the Court sets a Status Conference and an Order to Show Cause re Dismissal hearing on Monday, December 12, 2016 @ 8:30 a.m.  The parties shall file a joint status report by November 28, 2016.  If the parties file the appropriate dismissal pursuant to F.R.C.P. 41 prior to this hearing date, the Status Conference and OSC hearing will be vacated.

|  | : |
|---|---|
| Initials of Preparer | vpc |